1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SIRUS SHAFIGI,                           ) Case No. CV 08-5469-OP
                                         )
                    Plaintiff,           )
                                         ) JUDGMENT
            v.                           )
                                         )
MICHAEL J. ASTRUE,                       )
Commissioner of Social Security,         )
                                         )
                    Defendant.           )

        Pursuant to the Memorandum Opinion; Order of the United States
Magistrate Judge,

        IT IS ADJUDGED that Judgment be entered reversing the decision of the
Commissioner of Social Security, and remanding this matter for further
administrative proceedings consistent with this Memorandum Opinion.


DATED:  November 23, 2009

                                    HONORABLE OSWALD PARADA
                                    United States Magistrate Judge