1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Sirus Shafigi

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 SIRUS SHAFIGI,                        ) Case No.: CV 08-05469 OP
                                         )
12         Plaintiff,                    ) ORDER AWARDING EQUAL
                                         ) ACCESS TO JUSTICE ACT
13    vs.                                ) ATTORNEY FEES PURSUANT TO
                                         ) 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,                    )
   Commissioner of Social Security,      )
15                                       )
           Defendant                     )
16                                       )
                                         )
17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20 «Attorney_Name», as Plaintiff's assignee and subject to the reservation of rights,

21 the amount of $3,600.00, as authorized by 28 U.S.C. § 2412(d), subject to the

22 terms of the above-referenced Stipulation.

23 DATE:   April 14, 2010

24                                     _____
                                       THE HONORABLE OSWALD PARADA
25                                     UNITED STATES MAGISTRATE JUDGE

26

-1-